UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
CIVIL NO. 6:08-CV-1364-EMF-KMH

DISABLED PATRIOTS OF AMERICA,
INC., a Not-For-Profit Corporation,
and GUADALUPE BETANCOURT,
Individually,

     Plaintiffs,

v.

DEVELOPERS DIVERSIFIED REALTY
CORPORATION,

     Defendant.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

Plaintiffs DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and GUADALUPE BETANCOURT, Individually, and Defendant, DEVELOPERS DIVERSIFIED REALTY CORPORATION, pursuant to F.R.C.P. 41 (a)(1), hereby move to dismiss this action.

Date: March 18, 2009

| | |
|---|---|
| Robert J. Vincze, Esq. | Ross A. Hollander, Esq. |
| **LAW OFFICES OF ROBERT J. VINCZE** | **JOSEPH & HOLLANDER, P.A.** |
| P.O. Box 792 | 500 North Market Street |
| Andover, KS 67002 | Wichita, KS 67214-3514 |
| Tel. (303) 204-8207; Fax (316) 733-5787 | Tel.(316)262-9393; Fax (316) 262-9006 |
| Email:mailto:Lfuller@fullerfuller.com Vinczelaw@att.net | rhollander@josephhollander.com |
| | |
| **By: /s/Robert J. Vincze** | **By: /s/ Ross A. Hollander** |
|     Robert J. Vincze (KS#14101) |     Ross A. Hollander (KS #9010) |
| Lawrence A. Fuller, pro hace vice | |
| **FULLER, FULLER & ASSOCIATES, P.A.** | |
| 12000 Biscayne Boulevard, Suite 609 | |
| North Miami, FL 33181 | |
| Tel. (305) 891-5199; Fax (305) 893-9505 | |
| Email: lfuller@fullerfuller.com | |